UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-408 MJD/RLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

JANE M. BARSE,

Defendant,

BURRALFO RIDGE BANK,

Garnishee.

**GARNISHMENT ORDER**

TO: Jane M. Barse, defendant at 105 Jefferson Street North, Browns Valley, MN 56219

Buffalo Ridge Bank, garnishee at 101 Main Street, Beardsley, MN 56211

A Writ of Continuing Garnishment was duly issued by this Court and personally served on the garnishee on or about October 28, 2003.

Pursuant to the Writ of Continuing Garnishment, the garnishee filed an Answer with this Court on or about October 31, 2003. In its Answer, the garnishee states that at the time of the service of the Writ, the garnishee, had, and continues to have, in its possession and under its control, personal property belonging to and due the defendant, in the form of bank accounts in the amounts of $1.40 in savings.

On or about October 28, 2003, the defendant was personally served with notice of her right to a hearing as to this garnishment action. The defendant has not requested such a

14

NOV 25 2003

hearing.

THEREFORE, IT IS ORDERED, that the garnishee pay to the plaintiff, in care of the Financial Litigation Unit, United States Attorney's Office, 600 United States Courthouse, 300 South Fourth Street, Minneapolis, Minnesota 55415, with checks or money orders made payable to the "U.S. Department of Justice," all property of the judgment debtor in their possession, custody or control, as levied upon the Writs of Continuing Garnishment served on October 28, 2003, plus any additional funds deposited from the date of service of the Writs of Continuing Garnishment to the date of this order, up to the full amount of the debt.

Dated: 11/25/03

Raymond L. Erickson

Magistrate Judge
United States District Court